OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 24, 2006

Penny Marshall, Esq.
Federal Public Defender's Office
704 King Street, Suite 110
Wilmington, DE 19801

RE:   United States v. Alden Gillis Baker
      Civil Action No. 92-83 JJF

Dear Counsel:

The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

Please advise me no later than February 3, 2006 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

*(signature: Anita Bolton)*

Anita Bolton
Courtroom Deputy

1/24/06 –
Received.
Rhonda Bowman
Admin. Officer
Federal Public Def.